**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ex parte William Soloman Lewis

Appellate case number:   01-21-00509-CR

Trial court case number:  1733113

Trial court:                      185th District Court of Harris County

Appellant, William Soloman Lewis, has filed a motion to supplement the clerk's record, asserting that the second page of his notice of appeal was not included in the clerk's record filed on September 28, 2021. The motion is **granted**. The trial court is directed to file a supplemental clerk's record containing the complete notice of appeal (identified as document number 98015462 on the trial court's docket) within **7 days of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Sarah Beth Landau_____
                                        Acting individually


Date: __December 9, 2021_____